No. 9769. In the Matter of the ESTATE OF MARTIN NORDTOME, Deceased. RESSIE M. NORDTOME, Appellant, v. MELVIN NORDTOME, Executor of the ESTATE OF MARTIN NORDTOME, Deceased, and MELVIN NORDTOME, individually, and REUBEN NORDTOME, individually, as Devisee and Lagatee in the ESTATE OF MARTIN NORDTOME, Deceased, Respondents.

327 Pac. (2d) 409.

Decided June 23, 1958.

*Wuerthner & Wuerthner,* Great Falls, for Appellant.

*W. F. Browning,* Great Falls, for Respondent.

Per Curiam.

Appellant having filed herein a motion to dismiss this cause for the reason that a settlement satisfactory to both Appellant and Respondents has been arrived at;

It is therefore ordered that the motion be granted and that the appeal be and it is dismissed with prejudice.

MR. CHIEF JUSTICE HARRISON, and MR. JUSTICES CASTLES, BOTTOMLY and ADAIR, concur.